Keith S. Henry
TDCJ No. 1465852
Stiles Unit
3060 FM 3514
Beaumont, TX. 77705

June 29, 2015

Abel Acosta
Court of Crim. App.
P.O. Box 12308
Austin, TX. 77705

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 01 2015

Abel Acosta, Clerk

RE: The State of Texas vs. Keith Stuart Henry
    Trial Cause Nos. 1048519 & 1045670

Dear Mr. Acosta:

    I am in the process of filing my 11.07 writ of habeas corpus. As you can see above, I have two separate cause numbers. I know that when I file my application in the District Court that I was sentenced in, I have to file two separate applications. According to the applications, besides the trial cause numbers, they require the appeals and PDR numbers.
    I need to find out what the appeals and PDR numbers are that correspond with each cause number. I need to make sure I put the appropriate numbers with the right cause number on each application. Can you please give me this information? I have already wrote my district court, but they will not respond to my letter.
    Your help is greatly appriciated. Thank you for your time.

                                        Sincerely,

                                        Keith S. Henry
                                        Pro Se Representation

CC:
    Henry File